**Roy Lee THOMAS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 43994.**

Court of Criminal Appeals of Texas.

June 29, 1971.

Billy J. Griswold, Houston, for appellant.

Carol S. Vance, Dist. Atty., Phyllis Bell and Jim Moseley, Asst. Dist. Attys., Houston, and Jim D. Vollers, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

The offense is burglary with the intent to commit theft; the punishment, five (5) years.

Trial was to the court on a plea of guilty.

In this appeal, appellant raises the same two grounds of error as were raised in Thomas v. State, 468 S.W.2d 805, this day decided. For the reasons stated in that opinion, the judgment is affirmed.